BYRON D. SHULTZ et al., Appellants, *v.* MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent.

Argued November 29, 1938; decided January 10, 1939.

*C. DeForest Cummings* and *Joseph B. Ely* for appellants.
*Jules C. Randal* and *David C. Adams* for executors of Albert B. Shultz, deceased, *amicus curiæ*.

*Harold R. Medina, Louis L. Babcock, Noel S. Symons* and *William Gilbert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Loughran, Finch and Rippey, JJ.